**Exhibit A to the Complaint**

**Location:** Queens, NY

**Total Works Infringed:** 34

**IP Address:** 72.68.184.97

**ISP:** Verizon Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|-----------|--------------|
| 1 | Info Hash: AE387A2D8AB71715A10150CCB9B59C1224E884D1<br>File Hash:<br>E0DB68EE874472ADD7F1FCC02D747B705B47321C34476CAC34DCAC066C4DA80E | 10-03-2022 14:14:10 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 2 | Info Hash: 2B3A6FB4A574398B97B75729900654F46097C686<br>File Hash:<br>8A4FFA7A1B8F147CFF88E879A3C887B7EFFE7A67837564BCDDC5811D14E45407 | 09-04-2022 14:21:46 | Vixen | 01-14-2022 | 03-04-2022 | PA0002345789 |
| 3 | Info Hash: A20FE2805A91E5CA1A80FB5417CC98743F2E946E<br>File Hash:<br>725EDDE1D1DC94B4A4F7F101CD7744A6026473539C38260B872927EF99BFE12D | 09-04-2022 14:19:55 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 4 | Info Hash: 67182DA26F0A55B977B6B7A4522AD2DA92816CA6<br>File Hash:<br>D335B0D1231B2EF71B2B41B7BC9C6BF695E9B04158A2748ADC09C169E6DF29FC | 09-04-2022 14:18:42 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 5 | Info Hash: CBC01DA1510BFA8C15BDBF3A92797FF123E312FB<br>File Hash:<br>D4E904BA4C609FFBC7E39FF027504609650B335BFE9D38607E79760E1072F8E3 | 09-04-2022 14:16:22 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 6 | Info Hash: 3A93A8841E1C5830F2E63CB2EBE2CBD106D5C162<br>File Hash:<br>44EC520BB4F7CDA797E459AF64816E53AC8791FFDF8CE7526174BE7EC441F3EA | 09-04-2022 14:16:21 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 7 | Info Hash: B378CAEB9DFA80E256C29E523B89DDF82169A9A8<br>File Hash:<br>E64CACDF7AD828C5779DB739D83EE7FCDD2A79C1B31BD3E720626A8967E886CF | 08-23-2022 19:02:36 | Vixen | 07-08-2017 | 08-17-2017 | PA0002077664 |
| 8 | Info Hash: EFEA64CC077DAA923A5387E947E7E2873D4DBE86<br>File Hash:<br>E8CE0044F96CD53B5184038B4FCC4FCE462254473E50C0C6BF5D0F30F5B51C2F | 08-15-2022 00:14:08 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 9 | Info Hash: 76D21AD8087AA69EB7BF4DF16ED603A1411A7EC4<br>File Hash:<br>881B0BBBE91B6CE7C3868F008B3DEBAF1457A2EF08F853226BC34984B338C2B5 | 08-05-2022 16:57:28 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 10 | Info Hash: ED40EBC57F35D1578D4B3BFD964B9D1E3B203208<br>File Hash:<br>D95EFFF182DEF22691F55C21D92CAAB8B54D4FF30850A516A5680FEEDC2666B0 | 07-10-2022 15:00:23 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 11 | Info Hash: 832675DAB93182B2C5E5DA5110D4E3E0660CD182<br>File Hash:<br>50A6B55F462056F39EB6959B255BD4E4EC371FF03BE75FBB0B5AD8BDA9585848 | 05-08-2022 21:51:25 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 83ABE3F3733BE033DE463456D05D132C062BAE58<br>File Hash:<br>4DED6A92EF4CCF85567C0089DA0B1A21B7BF840ABC93C302D874183782DB9D43 | 05-08-2022<br>21:50:33 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 13 | Info Hash: 07A71D8AB8A0645049C16B98A28538E06A009D7B<br>File Hash:<br>23550D4A0F075E0114ACDB9AC567FF96119101B08EF998CA4B56E309CD6CA039 | 05-08-2022<br>21:49:33 | Vixen | 09-21-2018 | 11-01-2018 | PA0002143417 |
| 14 | Info Hash: A1D049D475923190FF3A7134A0D2B9F10D62914B<br>File Hash:<br>5CC7B2A2F9FDF77BAA9590EA331B4ACA835003E9200CE9B46F9375AB1B4632E8 | 05-08-2022<br>21:48:50 | Vixen | 09-26-2018 | 10-16-2018 | PA0002127776 |
| 15 | Info Hash: 76254F2E6E895357257DB374839FB6B0D31EE525<br>File Hash:<br>3CC09759839BF770EEF7055DDCBF3949D46A0A36DF03F2D98650E0D7680D6E99 | 05-08-2022<br>21:40:51 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 16 | Info Hash: 1E9C5482FF7715E0E6080C60ECC7D12D17649F31<br>File Hash:<br>8BEC7BF1FF5E95F7E45CDC403D192D0CD4150A9EDDF36D76DF0B4311F2AB6572 | 01-30-2022<br>16:14:41 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 17 | Info Hash: 527DDD443A225CDA52FBBFAB0D2E6CF24B92EEC2<br>File Hash:<br>C27F03CB388829EE0F6824DFEA9A23030977E44F6A5884BD3C68DB8F2D89AD32 | 01-21-2022<br>01:55:04 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 18 | Info Hash: 938341B6239D398C2437079523388EF7328805B0<br>File Hash:<br>5D7BA00B35B84163257BD6B48B74942419B12B86ECFB3E28938902D893614310 | 01-21-2022<br>01:52:02 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |
| 19 | Info Hash: EC96AF0D71EC8F8829578BF9886A6A99FE4996A3<br>File Hash:<br>3D82998FA834CA1055F021AF0279B4798821C9D3E8E8313E7C0C8715343F4D0C | 01-21-2022<br>01:44:50 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 20 | Info Hash: EC0878A530C0716F9DD05AFF0DB84695357F10F8<br>File Hash:<br>05896C269E1C2658AE847F06B635ED55122CE415BA341B4282AB94AD20FC905B | 12-27-2021<br>13:48:42 | Tushy | 12-26-2021 | 02-03-2022 | PA0002341847 |
| 21 | Info Hash: 49EFC1AFCFB3C8851D2D820E5ADCD9E1554E0F47<br>File Hash:<br>65B33B7E0C3E6E1AE20D36D50DB87FAE709FD01C785A8CBE943816E194912527 | 11-14-2021<br>17:47:55 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 22 | Info Hash: 96CADDFDBE72C9DFAB7EB987F3BFD557C277E3A4<br>File Hash:<br>26C6E3910273CE41B8E673B1D209EA2BB172229A7754CABD31478869E5C9072A | 10-17-2021<br>16:05:09 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 23 | Info Hash: 796E78E98C9923EF7424A1AE7D4F3B25423B59B8<br>File Hash:<br>0001D092CF8C94B8F5E7C328C0E1CEF02B07E91B39344D2FBD403769E8896150 | 10-02-2021<br>18:42:16 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 332EBAD1AD7EBE13048CC30ACF98ED5D60158D90<br>File Hash:<br>28D84F1A51123CB154FF50DEDE21C81B975F0CAC39EFAE056A6B97E66DC5DA88 | 09-04-2021<br>16:02:01 | Vixen | 01-01-2021 | 02-02-2021 | PA0002281154 |
| 25 | Info Hash: 70769081502197B6122C2F5D785022F2D4949913<br>File Hash:<br>A53C51D6D94021AED6FD5840A6FCE2482C415E930632D31DE83681FE2D132C14 | 08-20-2021<br>04:15:26 | Tushy | 08-19-2021 | 10-05-2021 | PA0002315293 |
| 26 | Info Hash: DC1E6B6B859858F18C13DA01399171E5E91C197F<br>File Hash:<br>D787A99B81D43374C14F4D77E90C79DAA308918684AEA6AAFF8034782DF0B8CD | 07-06-2021<br>12:32:24 | Vixen | 06-25-2021 | 08-20-2021 | PA0002312014 |
| 27 | Info Hash: 96941E19BA4280C7FD3D9A7D0E3E05527855C742<br>File Hash:<br>BC78D943FC7055C5921788D2DEC3EB2E61F9EF8C3E67BD7711CD41D2924FC35E | 06-14-2021<br>16:42:42 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 28 | Info Hash: 59E14F351794DF82C65C3B2800783CFB31F6D81E<br>File Hash:<br>0B0721380D8B6910C5F2B6F11CEF5D0BD63D0506B4909ACF0050F97FF76B81DA | 06-14-2021<br>12:36:56 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 29 | Info Hash: 62E73C9CC3859E160F8473FDC0F45C658CB634C1<br>File Hash:<br>A39899E58E10ECBDF7B877D0504FFDA842067080A27FEC528CBA672B8FF67737 | 03-28-2021<br>15:11:50 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 30 | Info Hash: 112E71C6557CBD6ED0D55CE966645FF446B291D2<br>File Hash:<br>E53CAB90E68AFDB11EDB449106A2547C9E8B1402C58067494A217473F319FF51 | 02-10-2021<br>14:22:21 | Vixen | 01-15-2021 | 02-02-2021 | PA0002280500 |
| 31 | Info Hash: A9ED70EE5C0527DDC912EFFBCA1E09E8771F8A99<br>File Hash:<br>6996C3BFB99F30BAA86056A30E1587F0AA0A90A4FB3B23E62FA3EE25B139F8FB | 12-31-2020<br>16:32:35 | Vixen | 10-11-2018 | 10-28-2018 | PA0002130457 |
| 32 | Info Hash: CA440BF020303D9EE5CAF3AFC9F6F990F10B7FFE<br>File Hash:<br>D8DA3B246C73F0C13B0C8682F85B951D2217FF7689C445472FC2A69B9D36D0D4 | 12-31-2020<br>16:30:57 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |
| 33 | Info Hash: C8D9C0C90A2CB6299E043AA870049EB5D948572B<br>File Hash:<br>AC78EC6F8974E9CEFED94A8266D95E53E1715A928C946608AE0832BD357009A1 | 12-05-2020<br>17:10:23 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 34 | Info Hash: 707D87CA56F2EA56A699B00BD6A4C25D465F344A<br>File Hash:<br>E8C54A181C94534272A63E32A36D2986A1DD34EFCF2B15E981C720E1C07E7ECA | 08-17-2020<br>13:27:23 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |